UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEZABEL MORALES-GUTIERREZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendants. | Case No.  25-cv-03908-AGT(AGT)<br><br>**CASE MANAGEMENT ORDER** |

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| Event | Date/Deadline |
|---|---|
| Last day to move to join parties or amend pleadings | June 5, 2026 |
| Last day to complete ADR | June 30, 2026 |
| Fact discovery cutoff | October 2, 2026 |
| Deadline to file dispositive motions | November 6, 2026 |
| Initial expert witness disclosures | January 11, 2027 |

| Rebuttal expert witness disclosures | February 5, 2027 |
| Expert discovery cutoff | February 19, 2027 |
| Final pretrial conference | April 5, 2027 |
| Trial | April 19–23, 2027 |

**IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge